*In re* GLORIA MARÍA FIGUEROA RIVERA.

*Número:* TS-11612          *Resuelto:* 9 de noviembre de 2001

*Carmen H. Carlos*, Directora de la Oficina de Inspección de Notarías; *María de Lourdes Rodríguez*, Oficial Investigadora de la Comisión de Ética del Colegio de Abogados; *Yvonne Casanova Pelosi, Procuradora General Auxiliar*, y *Vanessa Lugo Flores, Subprocuradora General; Gloria M. Figueroa Rivera, pro se.*

## RESOLUCIÓN

Evaluada la solicitud de reinstalación presentada por la peticionaria Gloria María Figueroa Rivera, así como la Moción presentada por el Procurador General y demás documentos que obran del expediente, *se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Naveira de Rodón no intervino.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*